## JO ANN BARUFKIN *v.* EUGENE BARUFKIN
### (12339)

O'CONNELL, FOTI and LAVERY, Js.
Submitted on briefs September 16—decision released October 4, 1994

*William J. Nulsen* filed a brief for the appellant (defendant).

*Daniel W. Adelman* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## ANDREW TSCHEPPE *v.* H. B. IVES COMPANY ET AL.
### (13086)

DUPONT, C. J., and HEIMAN and SPEAR, Js.
Submitted on briefs September 16—decision released October 4, 1994

*James C. Mulholland* filed a brief for the appellant (plaintiff).

*Kevin J. Maher* filed a brief for the appellees (defendants).

PER CURIAM. The decision of the compensation review board is affirmed.